UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 08-CV-2185 |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| THIRTY-FOUR THOUSAND ONE ) | |
| HUNDRED FIFTY AND 00/100 ) | |
| ($34,150.00) IN U.S. CURRENCY, ) | |
| ) | |
| Defendant. ) | |

### ORDER

A Report and Recommendation (#17) was filed by Magistrate Judge David G. Bernthal in the above cause on December 10, 2008. On December 30, 2008, Shannon Williams and Kevin Gilbert each filed a Response to Report and Recommendation (#18, #19). This court has carefully reviewed Judge Bernthal's Report and Recommendation and Gilbert's and Williams' Responses. Following this court's careful de novo review, this court agrees with and accepts Judge Bernthal's Report and Recommendation (#17). This court finds that Judge Bernthal thoroughly and accurately set out the record in this case and further finds that the arguments presented by Gilbert and Williams are not persuasive.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#17) is accepted by this court.

(2) Plaintiff's Motion to Strike Claim Filed by Kevin Gilbert and Shannon Williams and Application for Entry of Default Against Kevin Gilbert and Shannon Williams and All Other Known and Unknown Potential Claimants (#10) is GRANTED.

(3) The claim (#8) filed by Gilbert and Williams is hereby STRICKEN and Default judgment

is entered in favor of Plaintiff and against Gilbert and Williams and all other known and unknown potential claimants.

    (4) This case is terminated.

        ENTERED this 5th day of January, 2009.

          s/MICHAEL P. McCUSKEY
          CHIEF U.S. DISTRICT JUDGE