E-FILED
Thursday, 05 February, 2009  11:49:04 AM
Clerk, U.S. District Court, ILCD

## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal.*
*Use separate sheet if needed.*

District: *Central District of Illinois*                    Docket No.: *08-2185*

Division: *Urbana*

### Plaintiff (Petitioner)   Short Caption   Defendant (Respondent)

*United States of America*              *v.*      *Thirty-Four Thousand One Hundred Fifty*
                                                  *and 00/100 ($34,150.00) IN U.S. CURRENCY*

-------------------------------------------------------------------------------------------------------

**Current Counsel for Plaintiff (Petitioner):**       **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: *Patricia McInerney*                    Name: *S. Blake Weaver*

Firm: *U S Attorney*                          Firm: *NOVAK WEAVER & SOLBERG*

Address: *318 S Sixth*                        Address: *130 W Main*

*Springfield, IL 62701*                       *Urbana, IL 61801*

Phone: *217-492-4450*                         Phone: *217-384-0000*

-------------------------------------------------------------------------------------------------------

Judge: *Michael P. McCuskey*          Nature of Suit Code:  *625*

Court Reporter:                       Date Filed in District Court:  *8/05/2008*

                                      Date of Judgment: *1/5/09*

                                      Date of Notice of Appeal: *2/4/09*

Counsel:  ___Appointed        ___Retained  ___Pro Se

Fee Status:   _x__Paid        ___Due        ___IFP        ___IFP Pending        ___U.S.        ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:        ___Yes        _x__No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE**

**U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**